[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 18-11765
Non-Argument Calendar
_____

D.C. Docket No. 2:15-cv-02188-KOB


AUTO-OWNERS INSURANCE COMPANY,

Plaintiff - Counter Defendant
Appellee,

versus

BRIAN MORRIS,
CHERISE MORRIS,

Defendants - Counter Claimants
ThirdParty - Plaintiff - Appellants,

THE PARNELL INSURANCE
AGENCY INC.,

ThirdParty - Defendant.

_____

Appeals from the United States District Court
for the Northern District of Alabama
_____

(August 13, 2018)

Before TJOFLAT, WILLIAM PRYOR and HULL, Circuit Judges.

PER CURIAM:

Brian Morris and Cherise Morris appeal the summary judgement entered in favor of Auto-Owners Insurance Company in this dispute about insurance coverage for an accident on May 6, 2014, involving a motorcycle owned by Cherise Morris. Both Brian and Cherise Morris were riding the motorcycle and suffered personal injuries in the accident. We conclude that the insurance policy issued by Auto-Owners to BC Industries LLC excluded coverage for this accident involving employees of the insured. We affirm based on the reasoning on pages 14 through 16 of the opinion entered by the district court on March 29, 2018.

**AFFIRMED.**